UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| ANDRE J. LUCAS,<br><br>   Plaintiff,<br><br>V.<br><br>H. JOYNER, et al,<br><br>   Defendants. | Civil Action No. 7: 21-31-KKC<br><br><br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Andre Lucas's complaint [R. 1] is **DISMISSED** without prejudice.

2. The pending motion [R. 11] is **DENIED AS MOOT**.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered:  January 26, 2022.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY